**Amended Brief Stricken and Order filed September 22, 2020.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00229-CR
_____

**SHANNON BERNARD JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-3031**

## ORDER

Appellant's appointed counsel filed an *Anders* brief on November 14, 2019. The brief disclosed the name of a child victim of sexual assault under the age of 17. *See* Tex. R. App. P. 9.10(b). Accordingly, this court issued an order on April 9, 2020, striking the brief and ordering appellant's counsel to file a brief that complied with Texas Rule of Appellate Procedure 9.10.

Counsel filed an amended *Anders* brief on May 6, 2020. The amended brief discloses, throughout the brief, the name of a child victim of sexual assault under the

age of 17.

We strike the amended brief and again order appellant's counsel to file a brief that complies with Texas Rule of Appellate Procedure 9.10 within ten days of the date of this order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.